JUSTICE REGNIER
concurring and dissenting.
¶25 I agree with all that is said in this Opinion with the exception of requiring Steve to pay Natalia’s attorneys fees associated with her immigration proceedings. Section 40-4-110, MCA, sets forth the statutory authority for an award of attorneys fees in a dissolution proceeding. Obviously, Natalia’s attorneys fees do not fall within the provision of the statute. The award of fees in this instance is for an unrelated matter, that is, fees which Natalia has incurred in connection with her immigration to the United States. Although I appreciate the unique aspect of the matters presented in this case, in my view, the award of the immigration legal fees cannot be justified as a legitimate allocation of marital debt.
CHIEF JUSTICE GRAY joins in the foregoing concurrence and dissent.